```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

------------------------------x
                              :
IN RE                         : Master Dkt. No. 3:13md2478 (AWT)
CONVERGENT OUTSOURCING, INC.  : MDL No. 2478
TELEPHONE CONSUMER            :
PROTECTION ACT LITIGATION     : Pretrial Order No. 2
                              :
------------------------------x
                              :
THIS DOCUMENT RELATES TO      :
ALL ACTIONS                   :
                              :
------------------------------x
```

**ORDER RE PARTIES' RULE 26(f) REPORT**

As discussed during the telephonic status conference on July 8, 2014, until further order of the court, this case shall proceed in accordance with the following schedule:

**I.   As to the Putative Class Actions**

    A.   Fact discovery, including fact depositions, with respect to class certification shall be completed by **February 27, 2015**;

    B.   With respect to class certification, the plaintiffs and the defendants shall designate all experts and produce expert reports from retained experts pursuant to Rule 26(a)(2) by **October 31, 2014**;

    C.   With respect to class certification, expert rebuttal reports shall be produced by **November 28, 2014**;

    D.    With respect to class certification, expert depositions shall be completed by **January 31, 2015**;

    E.    The motion for class certification and any motion to deny class certification shall be filed by **February 27, 2015**;

    F.    The opposition to the motion for class certification and the opposition to any motion to deny class certification shall be filed by **March 31, 2015**; and

    G.    The reply memorandum in support of the motion for class certification and the reply memorandum in support of any motion to deny class certification shall be filed by **April 28, 2015**.

**II.  As to the Individual Actions**

    A.    Fact discovery, including depositions, shall be completed by **February 27, 2015**; and

    B.    Subject to Part III below, dispositive motions shall be filed by **June 27, 2015**.

**III. Proceedings After Ruling re Class Certification**

Once a ruling is issued on the motion for class certification and any motion to deny class certification, the parties shall contact the court immediately to schedule a status conference for the purpose of putting in place a schedule for the subsequent phases of this matter.

-3-

It is so ordered.

Dated this 10th day of July, 2014, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge