UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | ) | |
| **CONVERGENT OUTSOURCING, INC.** | ) | Master Docket No. 3:13-cv-2478-AWT |
| **TELEPHONE CONSUMER** | ) | MDL No. 2478 |
| **PROTECTION ACT LITIGATION** | ) | |
| | ) | |
| | ) | |

## PLAINTIFF VAZQUEZ'S MOTION FOR A PROTECTIVE ORDER

Under Federal Rule of Civil Procedure 26(c), Plaintiff Cindy Vasquez moves for a protective order barring Defendant from obtaining records of telephone calls between Ms. Vazquez and persons who are not parties to this lawsuit. Ms. Vazquez is filing a memorandum of law in support of this motion.

Respectfully Submitted,

*s/Keith J. Keogh*
Keith J. Keogh
Timothy Sostrin
Michael S. Hilicki
Katherine Bowen
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois  60603
312.726.1092 (office)
312.726.1093 (fax)
Keith@KeoghLaw.com

1

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on September 16, 2014, **Plaintiff Vazquez's Motion for a Protective Order** was filed and served on counsel of record for all parties via the CM/ECF system for the District of Connecticut.

/s/ Keith J. Keogh
Keith J. Keogh
