```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

------------------------------x
                              :
IN RE                         : Master Dkt. No. 3:13md2478 (AWT)
CONVERGENT OUTSOURCING, INC.  : MDL No. 2478
TELEPHONE CONSUMER            :
PROTECTION ACT LITIGATION     : Pretrial Order No. 4
                              :
------------------------------x
                              :
THIS DOCUMENT RELATES TO      :
ALL ACTIONS                   :
                              :
------------------------------x
```

## ORDER RE RESTATED MOTION FOR APPOINTMENT OF LIAISON COUNSEL

For the reasons set forth below, defendant Convergent Outsourcing Inc.'s Restated Motion for Appointment of Liaison Counsel (Doc. No. 52) is hereby GRANTED.

Having considered the extent of the communication and coordination that will be necessary in order for this multidistrict litigation ("MDL") to proceed in an orderly and efficient manner, the court has concluded that liaison counsel for the plaintiffs and liaison counsel for the defendants are each needed.  However, a number of the duties of liaison counsel referenced in the authorities cited by defendant Convergent Outsourcing Inc. are duties that it may not be necessary for liaison counsel to perform in this MDL.  Therefore, the court will discuss a list of duties of liaison counsel during the next in-person status conference, which the court would like to hold

during October, and in the interim, liaison counsel will perform such duties as the court specifically directs.

Accordingly, it is hereby ordered that:

1. Keith Keogh of Keogh Law Ltd. is appointed as Liaison Counsel for plaintiffs in this MDL, and the plaintiffs shall share equally in the expenses of such Liaison Counsel incurred in the course of carrying out his assigned duties, provided that the court will issue a further order with respect to the pro se plaintiff;

2. Craig J. Mariam, Thomas C. Blatchley and Allison Fernandez of Gordon & Rees, LLP are appointed as Liaison Counsel for the defendants, and the defendants shall share equally in the expenses of such Liaison Counsel incurred in the course of carrying out their assigned duties; and

3. Until further order of the Court, the above-named Liaison Counsel for the plaintiffs and the defendants shall be responsible for performing such duties as are specifically requested by the court.

It is so ordered.

Dated this 6th day of October, 2014, at Hartford, Connecticut.

```
                                   /s/
                          ─────────────────────
                            Alvin W. Thompson
                        United States District Judge
```