CRAIG J. MARIAM
CMARIAM@GORDONREES.COM
LICENSED IN CA, NV, TX, NY, PA, MO

**GORDON & REES** LLP

ATTORNEYS AT LAW
633 WEST FIFTH STREET, 52ND FLOOR
LOS ANGELES, CA 90071
PHONE: (213) 576-5000
FAX: (877) 306-0043
WWW.GORDONREES.COM

October 14, 2014

**BY PACER AND E-MAIL**

Honorable Alvin W. Thompson
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street, Suite 240
Hartford, CT 06103

    In Re:  Convergent Telephone Consumer
    Protection Act Litigation
    MDL-2478
    Case No. 3:13-md-02478-AWT
    Convergent's Status Conference Statement

Dear Judge Thompson:

  This matter has been scheduled for a telephonic status conference on October 15, 2014 at 1:00 p.m., followed by an in-person status conference on October 27, 2014 at 1:00 p.m.  For the Court's convenience, the following is a brief status report as to matters the Court may want to address at the upcoming status conference(s).

  **Duties of Liaison Counsel for Plaintiffs**

  In the Court's recent Order appointing liaison counsel for plaintiffs and defendants (Dkt. No. 70), the Court indicated its intention to discuss the specific duties of liaison counsel during the upcoming in-person status conference.  Convergent respectfully requests the Court's guidance as to the discovery obligations of plaintiffs' liaison counsel.  Convergent's position is that it should not be required to respond to multiple duplicative sets of discovery or produce its 30(b)(6) witness multiple times, as previously determined at the February 28, 2014 hearing.  Convergent respectfully suggests that the Court establish a streamlined process by which all plaintiffs may obtain discovery from Convergent so that this litigation may proceed in an orderly and efficient manner.  As this Court may potentially recall, multiple depositions of Convergent witnesses *have already taken place* in the Rutigliano action – by appointed interim class counsel, Sergei Lemberg.  It remains Convergent's position that any further depositions are duplicative and effectively harassment although Convergent remains willing to work with counsel to streamline non-duplicative further questioning.  Since the February 2014 conference, *no counsel* has reached out to Convergent to set the depositions (which, at this time, would have to be scheduled in early 2015 due to trial counsel's schedule).

Honorable Alvin W. Thompson
In re Convergent Outsourcing, Inc. MDL
October 14, 2014
Page **2** of **3**

### Pending Motions

Currently pending before the Court is plaintiff Cindy Vasquez's Motion for Protective Order (Dkt. No. 60) relative to Convergent's subpoena of Ms. Vasquez's telephone records that seem to form the basis of her claims (she refused to produce same). Convergent filed its Opposition on October 7, 2014 (Dkt. No. 71). There are currently no other motions pending at this time.

### Status of Discovery

Convergent has propounded initial discovery on each of the named class plaintiffs, as well as each of the individual plaintiffs. Responses have been received and all responses are due no later than February 27, 2015. Convergent is in the process of conferring with counsel with respect to certain plaintiffs' responses to Convergent's discovery requests, and is endeavoring to resolve any outstanding disputes. However, it is almost a certainty that discovery issues will have to be raised with this Court. In addition, Convergent has noticed the individual plaintiff depositions, which will take place over the next sixty (60) days absent a change in schedule.

### Newly Transferred Actions

The Judicial Panel on Multidistrict Litigation has issued Transfer Orders for two additional individual actions. The first of these, *Tauro v. Convergent Outsourcing*, *Inc*., Case No. 2:14-cv-00228, is being transferred from the Eastern District of Virginia. The second action, *Robinson v. Convergent Outsourcing, Inc*., Case No. 2:14-cv-00761, is being transferred from the Western District of Pennsylvania. The plaintiffs in both of these actions are self-represented, which may be significant in light of the Court's forthcoming Order regarding the sharing of expenses of plaintiffs' liaison counsel with respect to the *pro per* plaintiffs. A current copy of the MDL case list is attached hereto as Exhibit A.

### Opposition to Class Certification

As was discussed during the last telephone conference, class certification and/or affirmative opposition to class certification motion(s) are due no later than March 31, 2015. This date should be extended approximately sixty (60) days to address the aforementioned discovery issues and newly-transferred cases.

### Expert Designations

Expert designations as to class certification are due by October 31, 2014. This date, too, should be extended by approximately sixty (60) days arising out of the foregoing issues.

Honorable Alvin W. Thompson
In re Convergent Outsourcing, Inc. MDL
October 14, 2014
Page **3** of **3**

   Thank you for your time and consideration.

                Sincerely,

                GORDON & REES LLP

                Craig J. Mariam
                Attorneys for Convergent Outsourcing, Inc.

cc:  All Counsel and *Pro Per* Plaintiffs of Record (Via Email)

## CERTIFICATE OF SERVICE

       I hereby certify that on October 14, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

                                                    _____/s/ Ashley Bello_____
                                                                   Ashley Bello

# EXHIBIT A

In re Convergent Telephone Consumer Protection Act Litigation
MDL No. 2478
Case Status

| Case Name | Number | Court | MDL Status | Ind./Class |
|---|---|---|---|---|
| Laursen v. Convergent Outsourcing, Inc. | 2:13-cv-01199-SPL | United States District Court, District of Arizona | Transferred | Class action |
| Orozco v. Convergent Outsourcing, Inc. | S-13-785 JAM CKD | United States District Court, Eastern District of California | Transferred | Individual |
| Rutigliano v. Convergent Outsourcing, Inc. | 3:12-cv-01532-AWT | United States District Court, District of Connecticut | Transferred (home district) | Class action |
| Hakli v. Convergent Outsourcing, Inc. | 1:13-cv-22693-CMA | United States District Court, Southern District of Florida | CTO Final | Individual |
| Vasquez v. Convergent Outsourcing, Inc. | 1:13-cv-968-JFG | United States District Court, Northern District of Illinois | Transferred | Class action |
| Bennett et al. v. Asset Acceptance et al. | 4:12-cv-15636-MAG | United States District Court, Eastern District of Michigan | CTO Final | Class action |
| Permison v. Convergent Outsourcing, Inc. et al. | 3:12-cv-02500-JRT-SER (3:12-cv-05714-BHS) | United States District Court, Western District of Washington | Transferred | Individual |
| Paul Salmas v. Convergent Outsourcing, Inc. | 8:14-cv-00707-CJC-RNB | United States District Court, Central District of California | Transferred | Individual |
| Jerry Robinson v. Convergent Outsourcing, Inc. | 2:2014-cv-00228 | United States District Court, Eastern District of Virginia | Transferred | Individual |
| Jennifer Shaffer v. LVNV Funding LLC & Convergent Outsourcing, Inc. | 2:2014-cv-02169 | United States District Court, Eastern District of Pennsylvania | CTO Final | Individual |
| John Tauro v. Convergent | 2:2014-cv-00761 | United States District Court, | Transferred | Individual |

In re Convergent Telephone Consumer Protection Act Litigation
MDL No. 2478
Case Status

| | | | | |
|---|---|---|---|---|
| Outsourcing, Inc. | | Western District of Pennsylvania | | |
| Benjamin Williams v. Convergent Outsourcing, Inc. | 1:14-cv-04635-ENV-RML | United States District Court, Eastern District of New York | Transferred | Individual |
| Heideman et al. v. Convergent Outsourcing, Inc. | 0:12-cv-02500-JRT-SER | United States District Court, District of Minnesota | CLOSED | Individual |
| Moya v. ER Solutions, Inc. | 1:13-cv-21841-KMM | United States District Court, Southern District of Florida | Settled – case dismissed | Individual |
| Bullard v. Convergent Outsourcing, Inc. | 0:13-cv-00310-SRN-JJK | United States District Court, District of Minnesota | CLOSED | Individual |
| Prukala v. Convergent Resources Holdings, LLC | 3:13-cv-01915-MEM | United States District Court, Middle District of Pennsylvania | CLOSED | Class action |
| Meininger v. Target National Bank et al. | 8:12-cv-00871-EAK-EAJ | United States District Court, Middle District of Florida | CLOSED | Individual (adversary BK) |
| McNeal v. Convergent Outsourcing, Inc. et al. | 0:13-cv-60862-WPD | United States District Court, Southern District of Florida | CLOSED | Individual |
| Evans v. FIA Card Services, N.A. et al. | 5:13-ap-00217-RNO | United States Bankruptcy Court, Middle District of Pennsylvania | CLOSED | Individual (adversary BK) |
| Carrington v. Convergent Outsourcing. Inc. | 8:13-cv-01689-PWG | United States District Court, District of Maryland, Southern Division | CLOSED | Individual |