# **EXHIBIT 4**

**Thomas Blatchley**

| | |
|---|---|
| **From:** | Michael Hilicki <MHilicki@keoghlaw.com> |
| **Sent:** | Wednesday, February 18, 2015 6:15 PM |
| **To:** | Craig Mariam |
| **Cc:** | Keith Keogh; Sergei Lemberg; Ian Lyngklip; David McGlothlin; Thomas Blatchley |
| **Subject:** | In re Convergent -- Class Discovery |

Dear Craig:

Convergent's production of class discovery is insufficient to enable our expert to adequately determine which persons belong in the class. Accordingly, we need Convergent to produce the following additional information regarding the potential class members:

1. Complete account records for all accounts listed in the spreadsheets Convergent previously produced (Convergent can anonymize the names, addresses and SSNs if it wishes),

2. Complete account records for all accounts that contain a cell phone number that Convergent called going back to August 26, 2008 (once again, Convergent can anonymize the names, addresses and SSNs if it wishes),

3. The contents of the tables in FACS in which Convergent stores skip-traced and other non-consented telephone numbers, and

4. The files of telephone numbers Convergent received from the credit bureaus since August 26, 2008.

Please talk to your client and let us know whether and when we can expect to receive this information.

We would appreciate it if you could get back to us this week because the deadline for expert discloses is a few days away, we will be asking the Court to extend the deadline since our expert cannot complete his work without the above information, and we would like to have an idea of how much additional time to request. Please also let us know whether you object to the extension request. We will be filing the motion Friday.

Thank you.

Michael S. Hilicki
KEOGH LAW, LTD.
55 W. Monroe, Ste. 3390
Chicago, Ill. 60603
MHilicki@Keoghlaw.com
312.374.3402 (Direct)
312.726.1092 (Main)
312.726.1093 (fax)

PRIVILEGED COMMUNICATION