# EXHIBIT 6

1          UNITED STATES DISTRICT COURT
2
3            DISTRICT OF CONNECTICUT
4

5
    IN RE:                        )
6   CONVERGENT OUTSOURCING, INC. )Master Docket No. 3:13-cv-
    TELEPHONE CONSUMER            )2478-AWT
7   PROTECTION ACT LITIGATION     )MDL No. 2478

8

9
        30(b)(1) DEPOSITION UPON ORAL EXAMINATION OF
10
                    DEREK WHITAKER
11

12
                9:30 a.m. - 2:22 p.m.
13            Thursday, January 29, 2015
            Terrell, Marshall, Daudt & Willie
14          936 North 34th Street, Suite #300
              Seattle, Washington 98103
15

16

17
18
19
20
21
22
23   REPORTED BY JOLENE C. HANECA, CCR #2741
24
25
                                            Page 1

```
1    was sent to you?

2         A.    Yes.

3         Q.    Okay.  What else?

4         A.    Some reports, some dialer reports.

5         Q.    Okay.  How many dialer reports?

6         A.    Three.

7         Q.    Three dialer reports.  What do the dialer

8    reports look like?

9         A.    They are spreadsheet.

10        Q.    Anything else?

11        A.    A key to those, those fields.

12        Q.    A key to the spreadsheets?

13        A.    Yes.

14        Q.    What did the key show?

15        A.    It showed what fields mean, relate to which

16   fields in the report.

17        Q.    Oh, I see.  So the spreadsheets don't have

18   field headers?

19        A.    Correct.

20        Q.    And so the key shows you what the header would

21   have been on each of the column in the spreadsheet?

22        A.    Correct.

23        Q.    Had it been printed there, on the spreadsheet?

24        A.    Yes.

25        Q.    Or at least what purports to be there, right?
```

Page 22

1      A.    Yes.

2      Q.    Did you prepare the spreadsheets you reviewed?

3      A.    No.

4      Q.    Did you review anything else besides the

5    complaint and the spreadsheets?

6      A.    There were some documents containing account

7    notes.

8      Q.    Okay.  Do you recall what accounts the notes

9    were for?

10     A.    No.

11     Q.    Aside from looking at the account notes that

12   you saw in connection with preparing for today, do you

13   have occasion to see account notes as part of your duties

14   as CTO?

15     A.    Yes.

16     Q.    Is it fairly regular?

17     A.    No.

18     Q.    How often?

19     A.    It's rare, but occasionally someone will send

20   me notes related to the telecom for me to try to

21   decipher.

22     Q.    When you say "related to the telecom," what do

23   you mean?

24     A.    If there are notes that indicate a call was

25   placed on the account, sometimes I'm asked to try to

Page 23

```
 1                      REPORTER'S CERTIFICATE

 2          I, JOLENE C. HANECA, the undersigned Certified Court
            Reporter pursuant to RCW 5.28.010 authorized to administer
 3          oaths and affirmations in and for the State of Washington,
            do hereby certify that the sworn testimony and/or
 4          proceedings, a transcript of which is attached, was given
            before me at the time and place stated therein; that any
 5          and/or all witness(es) were duly sworn to testify to the
            truth; that the sworn testimony and/or proceedings were
 6          by me stenographically recorded and transcribed under my
            supervision, to the best of my ability; that the
 7          foregoing transcript contains a full, true, and accurate
            record of all the sworn testimony and/or proceedings
 8          given and occurring at the time and place stated in the
            transcript; that a review of which was requested; that
 9          I am in no way related to any party to the matter, nor to
            any counsel, nor do I have any financial interest in the
10          event of the cause.

11          WITNESS MY HAND AND SIGNATURE this 6TH day of

12      FEBRUARY, 2015.
13
14
15
16      _____
17
18      JOLENE C. HANECA
19      Washington State Certified Court Reporter, #2741
20
21
22
23
24
25
                                                        Page 169
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                    UNITED STATES DISTRICT COURT
2                      DISTRICT OF CONNECTICUT
3      _____
4      IN RE:                        )
       CONVERGENT OUTSOURCING, INC. )Master Docket No. 3:13-cv-
5      TELEPHONE CONSUMER            )2478-AWT
       PROTECTION ACT LITIGATION     )MDL No. 2478
6      _____
7

8
                        "ATTORNEYS' EYES ONLY"
9
            30(b)(1) DEPOSITION UPON ORAL EXAMINATION OF
10
                          DEREK WHITAKER
11
12     _____

                      9:30 a.m. - 2:22 p.m.
13                 Thursday, January 29, 2015
                   Terrell, Marshall, Daudt & Willie
14                 936 North 34th Street, Suite #300
                     Seattle, Washington 98103
15
16
17
18
19

20

21

22

23
24
25     REPORTED BY JOLENE C. HANECA, CCR #2741
```

# REDACTED

REDACTED

# REDACTED

# REDACTED

REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

# REDACTED

# REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

# REDACTED

REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

# REDACTED

# REDACTED

REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED