The declaration of Jeffrey Hunter has been filed under seal.