UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

IN RE: CONVERGENT TELEPHONE CONSUMER                Case No. 3:13-md-02478
PROTECTION ACT LITIGATION                           MDL No. 2478

_____    January 5, 2017

## STATUS REPORT

Convergent Outsourcing, Inc. ("Convergent") respectfully provides this report concerning the remaining *individual* actions, as requested by the Court during the December 9, 2016 status conference in the above-referenced action. This status report briefly overviews the currently pending individual actions in MDL No. 2478 and sets forth a proposed litigation and case discovery schedule that contemplates settlement of these cases. Convergent has recently received settlement demands in certain cases (as per its prior request for same), and intends to respond to each no later than January 31, 2017, but more likely sooner. In the event any such case is not resolved, Convergent will be providing to this Court a supplemental report identifying the issues for the Court to decide. Such report deadline is identified below.

### Status of All Pending Individual Cases in MDL No. 2478

Following is a chart that reflects each of the 23 individual cases that have been transferred by the Judicial Panel on Multidistrict Litigation to MDL No. 2478 and are currently still pending before this Court, having either opted out of the class settlement or whose claims do not fall under the class definition for the 23(b)(3) class (because, for example, Convergent's records do not indicate that calls were made to a particular plaintiff's cellular phone after the number was identified as wrong number). For each, the chart lists the case name, the District of Connecticut case number, whether notice was sent to the plaintiff, and whether opt-out request was received, and the original assigned district.

Page **2** of **7**
In Re Convergent TCPA – MDL 2478
Hon. Alvin W. Thompson
Status Report

| Case Name | D. Conn. Case No. | Original Jurisdiction | Falls within definition of Rule 23(b)(3) class? Y/N | Opt-Out? Y/N | Claims at Issue | Settlement Demand Made? Y/N |
|---|---|---|---|---|---|---|
| Jack McCall, Chypre Johnson, Daniel James Davis, Dre Johnson v. Convergent Outsourcing, Inc. | 3:16-cv-00802-AWT | United States District Court, Eastern District of Michigan | N | N | TCPA FDCPA Mich. Comp. Laws § 339.901(a) | Y |
| Anthony Worley, Delkeisha Gavin, Lisette Levasseur v. Convergent Outsourcing, Inc. | 3:16-cv-00801-AWT | United States District Court, Middle District of Florida | N | N | TCPA FDCPA Fla. Stat. § 559 *et seq* | Y |
| Rivka Feiler v. Convergent Outsourcing, Inc. | 3:16-cv-00803-AWT | United States District Court, District of New Jersey | N | N | TCPA | Y |
| Lamart Clay v. Convergent Outsourcing, Inc. | 3:16-cv-01388-AWT | United States District Court, Northern District of Illinois | Y | Y | TCPA FDCPA 815 ILCS 505/1 et seq. (Illinois Consumer Fraud and Deceptive Business Practices Act) 11 U.S.C. § 362 | N |
| Cooper v. Convergent Outsourcing, Inc. | 3:16-cv-01663-AWT | United States District Court, Middle District of Florida | N | N | TCPA FDCPA Fla. Stat. § 559 *et seq* | N |
| Drayton v. Convergent Outsourcing, Inc. | 3:15-cv-00486-AWT | United States District Court, Western District of Tennessee | Y | Y | TCPA FDCPA | Y |
| Doubek v. Convergent Outsourcing, Inc. | 3:15-cv-01356-AWT | United States District Court, Southern District of California | Y | Y | TCPA FDCPA Cal. Civ. Code § 1788.1 *et seq.* (Rosenthal FDCPA) Intrusion | N |
| Michelle Joseph v. Convergent Outsourcing, Inc. | 3:16-cv-00010-AWT | United States District Court, District of New Jersey | Y | Y | TCPA FDCPA | N |
| Dawn Bryant v. Convergent Outsourcing, Inc. | 3:16-cv-00118-AWT | United States District Court, Eastern District of Pennsylvania | Y | Y | TCPA FDCPA | N |

Page **3** of **7**
In Re Convergent TCPA – MDL 2478
Hon. Alvin W. Thompson
Status Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Dismuke v. Convergent Outsourcing, Inc. | 3:16-cv-01577-AWT | United States District Court, Northern District of Illinois | Y | Y | TCPA FDCPA 815 ILCS 505/1 et seq. (Illinois Consumer Fraud and Deceptive Business Practices Act) | N |
| Cosby v. Convergent Outsourcing, Inc. and Dish Network LLC | 3:16-cv-00275-AWT | United States District Court, Middle District of Georgia | N | N | TCPA FDCPA Invasion of Privacy Intentional Infliction of Emotional Distress | N |
| Manning v. Convergent Outsourcing, Inc. | 3:15-cv-00265-AWT | United States District Court, District of Nevada | N | N | TCPA FDCPA Negligent Hiring | N |
| Robinson, John v. Convergent Outsourcing, Inc. | 3:16-cv-01625-AWT | United States District Court, Northern District of Mississippi | N | N | TCPA | N |
| Orozco v. Convergent Outsourcing, Inc. | 3:13-cv-01609-AWT | United States District Court, Eastern District of California | N | N | TCPA FDCPA Cal. Civ. Code § 1788.1 *et seq.* (Rosenthal FDCPA) | N |
| John Tauro v. Convergent Outsourcing, Inc. | 3:14-cv-01528-AWT | United States District Court, Western District of Pennsylvania | N | N | TCPA FDCPA | Y |
| Keeling v. Convergent Outsourcing, Inc. | 3:15-cv-00103-AWT | United States District Court, District of Oregon | Y | Y | TCPA FDCPA | Y |
| Young v. Convergent Outsourcing, Inc. | 3:15-cv-00454-AWT | United States District Court, Northern District of Georgia | N | N | FDCPA TCPA | N |
| Cap v. Convergent Outsourcing | 3:15-cv-01076-AWT | United States District Court, District of Minnesota | N | N | TCPA Minn. Stat. § 325E.26-31 (Minnesota Automatic Dialing-Announcing Devices Act) | N |

Page **4** of **7**
In Re Convergent TCPA – MDL 2478
Hon. Alvin W. Thompson
Status Report

| Clagg v. Convergent Outsourcing, Inc. | 3:15-cv-01176-AWT | United States District Court, District of South Carolina (Florence) | N | N | TCPA FDCPA | N |
|---|---|---|---|---|---|---|
| Campbell, Nicole v. Convergent Outsourcing, Inc. | 3:16-cv-00364-AWT | United States District Court, Eastern District of California | N | N | TCPA FDCPA Cal. Civ. Code § 1788.1 *et seq.* (Rosenthal FDCPA) | N |
| Schneck, Steve v. Convergent Outsourcing, Inc. | 3:16-cv-01548-AWT | United States District Court, Eastern District of Missouri | Y | Y | TCPA Invasion of Privacy | N |
| King v. Convergent Outsourcing, Inc. | 3:16-cv-01375-AWT | United States District Court, Northern District of Georgia | N | N | TCPA FDCPA Georgia Fair Business Practices Act (GFBPA) O.C.G.A. § 10-1-393 *et seq.* | N |

## **Convergent's Proposed Individual Case Discovery and Litigation Plan**

Convergent respectfully proposes the following streamlined and uniform discovery plan

to allow individual discovery in the actions that remain pending following Final Approval of the

Class Settlement and lifting of the stay on the individual matters.

- Convergent will produce all relevant account records to the individual plaintiffs,

    within 45 days of transfer, as new cases are transferred to this Court.  For all

    individual plaintiffs whose cases were transferred to this Court while the stay was in

    effect, Convergent will produce account records to those plaintiffs within 45 days of

    the Court's approval of this proposed discovery plan.

- Convergent will work in good faith with counsel for any pending individual matters

    transferred to this Court since November 10, 2015 to exchange written discovery as

    needed.

- Convergent will make available to any party a transcript of the deposition of its 30(b)(6) witness that took place already in this MDL.

- To the extent additional depositions are required as to any individualized issue, all individual fact 30(b)(6) depositions of Convergent will take place in Seattle, Washington (where Convergent's witnesses reside) on a date to be determined. Each party shall be limited to 1.5 hours of deposition time, not to exceed three days total, which will be further vetted after the parties learn which parties intend to take such deposition.

  o Convergent suggests that the Court order all individual plaintiffs to indicate to Convergent by March 1, 2017 whether they wish to take a 30(b)(6) deposition of Convergent regarding their individual facts.

- Convergent will notify any individual plaintiffs of its intent to take that plaintiff's deposition. Convergent will take the deposition in the city where the individual plaintiff resides or the district in which the case was originally filed, provided that counsel for the individual plaintiffs who reside in the same city will cooperate to allow those depositions to be scheduled on consecutive days.

- Convergent shall be allowed to serve written discovery on individual plaintiffs, as necessary, subject to the following proposed schedule:

| Deadline | Event |
|---|---|
| March 31, 2017 | Convergent shall submit to this Court a further statement, as described in the opening paragraph herein, any issues to be decided by this Court relative to a particular individual claim. |

In Re Convergent TCPA – MDL 2478
Hon. Alvin W. Thompson
Status Report

| | |
|---|---|
| April 14, 2017 | Deadline for any party to respond to Convergent's further statement described above. |
| May 1, 2017 | Deadline for Convergent to submit a reply statement |
| May 12, 2017 | Telephonic status conference |
| September 29, 2017 | Fact discovery cutoff |
| October 16, 2017 | Expert disclosures due |
| October 31, 2017 | Rebuttal expert disclosures due |
| December 18, 2017 | Expert discovery cutoff |
| January 20, 2018 | Dispositive motion deadline |

Dated: January 5, 2017                          Respectfully Submitted,

                                                GORDON & REES, LLP

                                                By:  /s/ Craig J. Mariam
                                                Craig J. Mariam (*Pro Hac Vice*)
                                                Thomas C. Blatchley (CT Bar# ct25892)
                                                Allison J. Fernandez (*Pro Hac Vice*)
                                                GORDON & REES LLP
                                                95 Glastonbury Blvd.
                                                Suite 206
                                                Glastonbury, CT 06033
                                                tblatchley@gordonrees.com
                                                Attorneys for defendant
                                                Convergent Outsourcing, Inc.

Page **7** of **7**
In Re Convergent TCPA – MDL 2478
Hon. Alvin W. Thompson
Status Report

## CERTIFICATION OF SERVICE

I hereby certify that on January 5, 2017, the foregoing was filed electronically via the Court's CM/ECF System and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System

BY  /s/ *Jeanne P. Farrar*
Jeanne P. Farrar

1091859/31009283v.1                                                   7