# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAMART CLAY, | |
| Plaintiff, | Case No. 3:16-cv-0188-AWT |
| v. | MDL Case No. 3:13-md-02478-AWT |
| CONVERGENT OUTSOURCING, INC., | Honorable Alvin W. Thompson |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to settlement agreement and Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 4, 2017

Respectfully Submitted,

*/s/ Nathan M. Mayhew*

Nathan M. Mayhew
RYAN RYAN DELUCA LLP
707 Summer Street
Stamford, Connecticut 06901
+1 203-357-9200
nmmayhew@ryandelucalaw.com

*Counsel for Convergent Outsourcing, Inc.*

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Lamart Clay*

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, an attorney, hereby certify that on August 4, 2017, the foregoing **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court of the United States District Court for the District of Connecticut by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Lamart Clay*